## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: KENEKA M. GARRISON,** | **CASE NO. 19-50433-KMS** |
| Debtor | **CHAPTER 7** |
| | |
| **KIMBERLY R. LENTZ, as Chapter 7 Trustee for** | |
| **The Bankruptcy Estate of Keneka M. Garrison,** | **PLAINTIFF** |
| **Debtor** | |
| | |
| **v.** | **ADV. PROC. NO. 19-06037-KMS** |
| | |
| **THE LAW OFFICES OF ROBERT S. GITMEID &** | |
| **ASSOCIATES, PLLC** | **DEFENDANT** |

### NOTICE OF SERVICE OF DISCOVERY

TO:    **THE LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC:**

Notice is hereby given that Plaintiff, Kimberly R. Lentz, Chapter 7 Trustee for the Bankruptcy Estate of **Keneka M. Garrison**, has this date served in the above entitled action the following discovery:

1.  Plaintiff's First Set of Interrogatories to the Law Offices of Robert S. Gitmeid & Associates, PLLC.

2.  Plaintiff's First Request for Production of Documents and Things to the Law Offices of Robert S. Gitmeid & Associates, PLLC.

3.  Plaintiff's First Set of Request for Admissions to the Law Offices of Robert S. Gitmeid & Associates, PLLC.

This the 10th day of July 2020.

Respectfully submitted,

*/s/Jason Graeber.*
Jason Graeber Attorney for Trustee, Kimberly R. Lentz
2496 Pass Road

Biloxi, Mississippi 39531
Telephone: (228) 207-7117
Facsimile: (228) 207-8634
MSB No.: 101267
jason@jasongraeberlaw.com

**CERTIFICATE OF SERVICE**

I, Jason Graeber, attorney for the Trustee, do hereby certify that I electronically filed a notice of discovery with the Court via the ECF system, which provides notification of said filing to all counsel of record.

/s/Jason Graeber    .
Jason Graeber

Dated, this 10th day of July 2020.