IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     CASE NO. 19-50433-KMS

**KENEKA GARRISON**
**DEBTOR**     **CHAPTER 7**

**KIMBERLY R. LENTZ, AS CHAPTER 7 TRUSTEE FOR**
**THE BANKRUPTCY ESTATE OF**
**KENEKA M. GARRISON, DEBTOR**     **PLAINTIFF**

    vs.     ADV. PROC. NO. 19-06037-KMS

**THE LAW OFFICES OF ROBERT S. GITMEID**     **DEFENDANT**

### NOTICE OF SERVICE OF DISCOVERY

Notice is hereby given that Plaintiff, Kimberly R. Lentz, Chapter 7 Trustee for the Bankruptcy Estate of Keneka M. Garrison, has this date served in the above entitled action the following discovery:

1. Plaintiff's Responses to the Request for Admissions to The Law Offices of Robert S. Gitmeid & Associates, PLLC.

This the 14th day of August 2020.

Respectfully submitted,

*/s/Jason Graeber.*
Jason Graeber Attorney for Trustee, Kimberly R. Lentz
2496 Pass Road
Biloxi, Mississippi 39531
Telephone: (228) 207-7117
Facsimile: (228) 207-8634
MSB No.: 101267
jason@jasongraeberlaw.com

## CERTIFICATE OF SERVICE

      I, Jason Graeber, attorney for the Trustee, do hereby certify that I electronically filed a notice of discovery with the Court via the ECF system, which provides notification of said filing to all counsel of record.

                                                    */s/Jason Graeber* .
                                                    Jason Graeber

Dated, this 14th day of August 2020.